RECEIVED
IN LAKE CHARLES, LA
MAR 28 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HARRY K. CASTLE, ET AL | : | DOCKET NO. 2:06 CV 2172 |
| VS. | : | JUDGE MINALDI |
| UNITED NATIONAL INSURANCE COMPANY, ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiffs' motion to remand is DENIED. It is further ordered that there is summary judgment in favor of Lyons Insurance Agency, Inc. and against Plaintiffs dismissing all claims against Lyons Insurance Agency, Inc. with prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 26 day of March, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE